UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN MEZZO,

                              Plaintiff,

vs.

THE METROPOLITAN MUSEUM OF ART,

                              Defendant.

---

Case No. 7:25-cv-01640

**NOTICE OF REMOVAL**

TO:   THE JUDGES OF THE UNITED STATES DISTRICT
      COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE**, that Defendant The Metropolitan Museum of Art ("Museum" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, by and through its undersigned counsel, hereby removes the action entitled *Stephen Mezzo v. The Metropolitan Museum of Art*, filed in the Supreme Court of the State of New York, County of Westchester, Index No. 56430/2025, to the United States District Court for the Southern District of New York.[1] As required by 28 U.S.C. § 1446(a), Defendant sets forth below a short and plain statement of the grounds for removal:

## PROCEDURAL HISTORY

1.      On or about January 27, 2025, Plaintiff Stephen Mezzo ("Plaintiff") filed a Summons With Notice in the Supreme Court of the State of New York, County of Westchester

---

[1] By removing this action to this Court, Defendant does not waive any defenses, objections, or responsive pleadings available under State or Federal law. Defendant expressly reserves the right to move for dismissal of some or all of Plaintiff's claims and/or seek dismissal for lack of personal jurisdiction, improper venue, *forum non conveniens*, res judicata or on any other applicable grounds.

with the caption styled, Stephen Mezzo v. The Metropolitan Museum of Art, Index No. 56430/2025 (the "State Action").

2.      As set forth in the Summons With Notice, the nature and substance of Plaintiff's claims in the State Action are related to Plaintiff's employment and the conclusion of same.  Specifically, Plaintiff asserts claims for discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), the New York State Human Rights Law (Executive Law, Article 15) ("NYSHRL"), and the New York City Human Rights Law ("NYCHRL").  Decl. of Clifford R. Atlas in Support of Defendant's Notice of Removal, ¶ 4, Ex. A. at 6 ("Atlas Decl.").

3.      Plaintiff seeks damages totaling $1.5 million plus interest, attorneys' fees, and legal costs. Id.

4.      Defendant's counsel accepted service of the Summons With Notice by electronic mail on January 28, 2025.  Atlas Decl. ¶¶ 3-4.

## VENUE

5.      Venue of this action lies in the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §§ 1441 and 1391(b)(2) because this is the judicial district in which the action arose, the location of Plaintiff's employment, and because this district encompasses the Supreme Court of the State of New York, County of Westchester, the forum where Plaintiff filed the State Action and in which the State Action is pending.

## GROUNDS FOR REMOVAL

6.      Defendant alleges that the Museum discriminated against him in violation of Title VII, a federal law.  Atlas Decl. ¶ 4, Ex. A at 6.  This Court therefore has original jurisdiction over this claim under 28 U.S.C. § 1331, and this action is removable under 28 U.S.C. § 1441(a).

7.    Furthermore, this Court may exercise supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. §1367(a) because the claims are so related to the federal claims that they form part of the same case or controversy.

## TIMELINESS OF REMOVAL

8.    This removal is timely as it is filed within (30) days after counsel for Defendant's electronic receipt of the Summons with Notice on January 28, 2025.  28 U.S.C. § 1446(b)(1).  Atlas Decl. ¶ 3.

## NOTICE TO ALL PARTIES AND STATE COURT

9.    In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in the State court action, including the Summons With Notice, is attached as Exhibit A to the Declaration of Clifford R. Atlas.  Atlas Decl. ¶ 4, Ex. A.

10.    In accordance with 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal and all supporting papers promptly will be served on Plaintiff's counsel of record and filed with the Clerk of the Supreme Court of the State of New York, County of Westchester.

11.    Therefore, all procedural requirements under 28 U.S.C. § 1446 have been satisfied.

**WHEREFORE**, notice is given that this action is removed from the Supreme Court, County of Westchester, to the United States District Court for the Southern District of New York.


Dated: New York, New York
     February 26, 2025

                           Respectfully submitted,

3

JACKSON LEWIS P.C.

666 Third Avenue, 29th Floor
New York, New York 10017
Tel.: (212) 545-4000
Fax: (212) 972-3213
Clifford.Atlas@jacksonlewis.com
Sarah.Child @jacksonlewis.com


By:    /s/ Clifford R. Atlas
        Clifford R. Atlas, Esq.
        Sarah E. Child, Esq.

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Defendant The Metropolitan Museum of Art's Notice of Removal has been field and served on counsel for Plaintiff via ECF on the 26th day of February, 2025 at the address listed below:

Robert V. Beltrani, Esq.
The Law Offices of Robert V. Beltrani
220 Mineola Blvd., Suite 10
Mineola, NY 11501
516-741-7405
rvbeltranilaw@gmail.com
Attorney for Plaintiff

/s/ Sarah E. Child
Sarah E. Child