UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN MEZZO,

                            Plaintiff,

              vs.

THE METROPOLITAN MUSEUM OF ART,

                            Defendant.

Case No. 7:25-cv-01640

**DECLARATION OF CLIFFORD R. ATLAS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

I, Clifford R. Atlas, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge:

1. I am a principal with the law firm of Jackson Lewis P.C., attorneys for Defendant The Metropolitan Museum of Art ("Defendant" or the "Museum") in the above-captioned action. I submit this Declaration in Support of Defendant's Notice of Removal.

2. I am fully familiar with the facts of this matter and make this Declaration based upon my personal knowledge and a review of files kept in connection with this case.

3. On January 28, 2025, I accepted electronic service on behalf of the Museum of the Summons With Notice in Stephen Mezzo v. The Metropolitan Museum of Art, Index No. 56430/2025, filed in the Supreme Court of the State of New York, County of Westchester.

4. A true and correct copy of the Summons With Notice is attached as Exhibit A.

5. I declare under penalty of perjury that the foregoing is true and correct.

1

Dated: New York, New York
      February 26, 2025

Respectfully submitted,

JACKSON LEWIS P.C.

666 Third Avenue, 29th Floor
New York, New York 10017
Tel.: (212) 545-4000
Fax: (212) 972-3213
Clifford.Atlas@jacksonlewis.com
Sarah.Child @jacksonlewis.com

By:    /s/ Clifford R. Atlas, Esq.
       Clifford R. Atlas, Esq.
       Sarah E. Child, Esq.

*Attorneys for Defendant*

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the Declaration of Clifford R. Atlas in Support of Defendant's Notice of Removal has been field and served on counsel for Plaintiff via ECF on the 26th day of February, 2025 at the address listed below:

Robert V. Beltrani, Esq.
The Law Offices of Robert V. Beltrani
220 Mineola Blvd., Suite 10
Mineola, NY 11501
516-741-7405
<u>rvbeltranilaw@gmail.com</u>
Attorney for Plaintiff

<u>/s/ Sarah E. Child, Esq.</u>
Sarah E. Child, Esq.